UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Meylan Kelly,

                Plaintiff,                    ORDER OF DISCONTINUANCE

        - against -

                                                1:11-cv-01484-ENV-RLM

City of New York et al.

                Defendants.

-------------------------------------------------------------X

VITALIANO, D.J.

        The Court having been advised that this action has been settled,

        Therefore, this action is discontinued without cost and with prejudice, except as to the right to reopen the action if the settlement is not consummated.

        The Clerk is directed to close this case.

        SO ORDERED.

DATED:      Brooklyn, New York
                10/25/2011

                                                        s/ ENV

                                                ERIC N. VITALIANO
                                                U.S.D.J.

# RICHARD CARDINALE
ATTORNEY AT LAW
26 COURT STREET, SUITE 1815
BROOKLYN, NEW YORK 11242
(718) 624-9391

Facsimile: (718) 624-4748
E-mail: richcardinale@gmail.com

October 13, 2011

The Honorable Roanne L. Mann
United States Courthouse
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Re: *Kelly v. City of New York*, 11 CV 1484 (ENV) (RLM)

Your Honor:

      I represent the plaintiff in this action alleging police misconduct. I write to inform Your Honor that the parties have agreed to settle this case for $20,000, inclusive of attorney's fees and costs. A stipulation and order of settlement and discontinuance will be filed after it has been drafted and signed by the parties.

      Respectfully,

      /s/

      Richard Cardinale

Copy: Johana Castro